TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH
Special Assistant United States Attorney
CA State Bar No.: 160872
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (510) 970-4819
    Fax: (415) 744-0134
    E-mail: Geralyn.Gulseth@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH DEJESUS,<br><br>    Plaintiff,<br>    v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | Case No. 8:20-cv-01353-PVC<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
2  **DECREED** that the above-captioned action is remanded to the Commissioner of
3  Social Security for further proceedings consistent with the Stipulation to Remand.
4  DATED: 12/02/21  _____
5             HON. PEDRO V. CASTILLO
           UNITED STATES MAGISTRATE JUDGE